Charles A. Brown, Respondent, v. Agnes Brown, Appellant.— Motions for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Robert H. Wilson, an Attorney.— Ordered that the charges annexed to the moving papers be filed and that a copy thereof be personally delivered to said Robert H. Wilson, as provided by the Judiciary Law (§ 476)†, and that he have twenty days thereafter in which to file his answers to the same, or otherwise to present his defense thereto. The further disposition of the motion is reserved until after the filing of such answers or defense. The counsel heretofore designated to present charges, to wit, William N. Dykman, Esq., and Stephen C. Baldwin, Esq., are now severally discharged and relieved from further duties in the matter. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

American Stone Renovating and Stucco Company, Respondent, v. John A. Garver and Others, Defendants, Impleaded with John E. Van Nostrand, Appellant.— Judgment in so far as appealed from affirmed, with costs, on authority of *Toop* v. *Smith* (181 N. Y. 283, 287). Carr, Rich, Stapleton and Putnam, JJ., concurred; Jenks, P. J., taking no part.

Frank H. Bachman and Others, Composing the Firm of H. F. Bachman & Company, Respondents, v. Nathaniel G. Pendleton, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., taking no part.

William Click, Respondent, v. Abendroth & Root Manufacturing Company, Appellant.— Judgment and order reversed, upon the ground that there was no evidence to establish the negligence of defendant, and judgment directed dismissing the complaint, with costs. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., dissented.

———

* See Laws of 1910, chap. 126, amdg. Banking Law (Consol. Laws, chap. 2; Laws of 1909, chap. 10), art. 6.— [REP.

† Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 476.— [REP.